IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

LOUIE BROWNING,

        Plaintiff,

v.                                       CIVIL ACTION NO. 2:17-cv-04225

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

## ORDER

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On November 9, 2018, Magistrate Judge Tinsley submitted his Proposed Findings of Fact and Recommendation [ECF No. 14] ("PF&R"), recommending the court deny Plaintiff's request for judgment on the pleadings [ECF No. 10]; grant the Commissioner's request for judgment on the pleadings [ECF No. 12]; affirm the decision of the Commissioner; and dismiss this action, with prejudice, and remove it from the docket. No objections to the PF&R have been filed.

Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated therein, the court **DENIES** Plaintiff's request for judgment on the pleadings [ECF No. 10]; **GRANTS** the Commissioner's request for judgment on the

pleadings [ECF No. 12]; **AFFIRMS** the decision of the Commissioner; and **DISMISSES** this action **with prejudice**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, any unrepresented party, and the Magistrate Judge.

ENTER: November 27, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE